CASE CLOSED

# United States District Court
# Central District of California

| | |
|---|---|
| VENICE BAKING COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOPHAST SALES AND MARKETING LLC, a Maryland Limited Liability Company; and DOES 1–10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-cv-6136-ODW(KS)<br><br>**JUDGMENT** |

　　　　On May 4, 2016, Plaintiff Venice Baking Company filed a complaint in the Superior Court of California, County of Los Angeles against Defendant Sophast Sales and Marketing LLC seeking declaratory relief. (Compl. ¶¶ 17–27, ECF No. 1-1.) Defendant removed the case to federal court on August 16, 2016. (ECF No. 1.) On September 19, 2016, the Court granted Defendant's motion to dismiss with prejudice. (ECF No. 11.)

///
///
///
///
///

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiff shall recover nothing from Defendant, and its claims against Defendant are dismissed on the merits and with prejudice;

2. Defendant shall recover costs from Plaintiff as evidenced by a bill of costs.

**IT IS SO ORDERED.**

January 26, 2017

_____
 **OTIS D. WRIGHT, II
 UNITED STATES DISTRICT JUDGE**