1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# United States District Court
# Central District of California

| | |
|---|---|
| VENICE BAKING COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> SOPHAST SALES AND MARKETING LLC, a Maryland Limited Liability Company; and DOES 1–10, inclusive, <br><br> Defendants. | Case No. 2:16-cv-6136-ODW (KS) <br><br> **ORDER TO SHOW CAUSE RE NOTICE OF NON-OPPOSITION** |

    On January 26, 2017, the Court entered a judgment in Defendant's favor. (ECF No. 30.) On February 8, 2017, Defendant filed a motion for attorneys' fees seeking $41,999 plus fees incurred in filing its motion. (ECF No. 32.)

    On February 16, 2017, Plaintiffs filed a notice of non-opposition to Defendant's claim for attorneys' fees in the amount of $41,999. (ECF No. 40.) However, this does not resolve the issue of the additional attorneys' fees already incurred in connection with the pending motion. The fees' already incurred in preparation of the pending motion are $1,050 for Attorney Leff (2 hours x $525) and $2,730 for Attorney Russell (7 hours x $390). (Leff Decl. ¶ 16.) These fees were made necessary by Plaintiff's alleged failure to stipulate to attorneys' fees at the meet and confer. (*Id.* ¶ 18.) With these fees included, the total attorneys' fee award amounts to

$45,779. Plaintiff shall have until February 23, 2017, to file opposition to this attorneys' fee award. If Plaintiff does not file an opposition by that date, the Court will deem the $45,779 award unopposed.

**IT IS SO ORDERED.**

February 17, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**